# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC STEAMEX CLEANING SYSTEMS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL CLEANING EQUIPMENT USA LLC<br><br>    Defendant. | Case No: 1:16-CV-00797<br><br>HON. ROBERT J. JONKER<br>United States District Judge |

Terence J. Linn (P-33449)
Karl T. Ondersma (P-68028)
GARDNER, LINN, BURKHART & FLORY, LLP
2851 Charlevoix Drive SE, Suite 207
Grand Rapids, Michigan 49546
(616) 975-5500
linn@glbf.com
ondersma@glbf.com
*Attorneys for Plaintiff*

William L. King, III
KING & PARTNERS, PLC
170 College Avenue, Suite 230
Holland, Michigan 49423
(616) 355-0400
wking@king-partners.com
*Attorneys for Defendant*

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Pacific Steamex Cleaning Systems, Inc., and Defendant, International Cleaning Equipment USA LLC, consistent with a confidential settlement agreement executed by the parties and pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing this action with regard to all claims of Plaintiff against Defendant in its entirety WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees, and the Court to retain jurisdiction to enforce the confidential settlement agreement.

Respectfully submitted this 20th day of July, 2017,

| | |
|---|---|
| */s/ Terence J. Linn (with permission)* | */s/ William L. King III* |
| Terence J. Linn (P-33449) | William L. King, III |
| Karl T. Ondersma (P-68028) | KING & PARTNERS, PLC |
| GARDNER, LINN, BURKHART & FLORY, LLP | 170 College Avenue, Suite 230 |
| 2851 Charlevoix Drive SE, Suite 207 | Holland, Michigan 49423 |
| Grand Rapids, Michigan 49546 | (616) 355-0400 |
| (616) 975-5500 | wking@king-partners.com |
| linn@glbf.com | *Attorneys for Defendant* |
| ondersma@glbf.com | |
| *Attorneys for Plaintiff* | |